RECEIVED 19 OCT 10 PM 2:53 THOMAS M. GOULD CLERK, U.S. DISTRICT COURT

Judge Mays,

It doesn't look as if I will be allowed to enroll into the RDAP program. I appreciate the letter you wrote to the warden but apparently that wasn't enough. I believe I have exhausted all other means in my attempts to be accepted.

On another note: I am currently 600 miles from home. I have been told that I must wait 18 months before I can request a transfer. November 16th will be 18 months. I have inquired to the reasons why I am not allowed to go to a camp. I am told that I have a "greatest severity" that has been placed on me by the court or judge. I am told that this was not done by the BOP and that they can not do anything about it. I was also told that this must have been placed on me due to the conspiracy charge against me. I have been charged, found guilty, sentenced and serving time for this crime. I have absolutely no reason to lie at this point as to whether or not I committed this crime. I am still telling you that I am innocent of this. I truly believe that everyone involved was scared to death that they could have also been charged,

therefore they turned everything on me since I was already in the hot seat. I advised Steve Farese that I definitely wanted to file an appeal but apparently the paperwork was not filed in time and I was told there was nothing I could do. I have been unable to reach him since.

Also, Approximately 3 months ago my counselor called me to his office and advised me that someone from the FBI was attempting to contact me. My counselor, Mr. Coleman returned the call and was connected to Special Agent Householder. Agent Householder advised Mr. Coleman that he had some personal property that he wished to return to me and asked for contact information for someone to release it too. I gave him my parents information. Within a couple of days Agent Householder contacted my mother and met with her near her work. Agent Householder released 3 cell phones and the two thousand dollars that was found in my work vehicle as "personal property."

Judge Mays, I worked on a federal task force that was run by the FBI for approximately 4½ years while employed by the Sheriff's Office. And I can tell you, not one time did we ever spend a single dollar of FBI funds without photo copying the bills used and

recording the serial numbers. The reason you do that first of all is because it was FBI policy and second of all because later on when we executed search warrants and made arrests in that case, if we located the FBI funds then that was almost all of the evidence we needed. Case closed!

I am telling you all of this because Agent Householder is a liar. When he said they did not record the serial numbers from the first transaction but did on the other two that was a lie. He said that just to make the jury think that the money found in my truck was FBI funds. But it wasn't. Everyone I worked with knew that I bought and sold 4-wheelers, dirt bikes & go-karts on a regular basis. At the time of my arrest I had three 4-wheelers, a dirt bike and a go-kart at my residence. It was common practice for me. That money was from a sale and was going to be deposited into the bank that day. But I always had money with me. When Agent Householder handed my mother the money, my mom says that he was being very sarcastic saying "Tell Jeremy that this is his money, and he can even spend it if he wants to!"

Now why in the world would Agent Householder return two thousand dollars of FBI funds to me. That money could have been siezed or returned to the FBI if it was truly FBI funds. He knows that money belonged to me, thats why.

In your own words before you sentenced me you said that the conspiracy charge was "Murky at best." What I am asking is if you would be willing or able to do anything about the "greatest severity" that has been placed on me. I would like to try to get closer to home and possibly to a camp. Being as far as I am is very difficult on my family and me. Everyone has to take off of work and school on Friday to make the 9-10 hour drive, then pay for a hotel room for two nights, then after seeing me for just a couple of hours on Sunday they have to make the long drive back home. Because of this my visits are alot less often then they could be. It has become very difficult on my wife + kids as well as my parents.

I believe I have made good use of my time while in prison. I have completed two drug/alcohol courses, two Lamar College Vo-Tech courses and approximately 18 ACE and RPP classes. My custody level points is currently only 4.

If you have any advice regarding any of the information in this letter or can help me with the greatest severity it will be greatly appreciated.

Thank you,
Jeremy Drewery